UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

CHARVA FEAGIN,

    Petitioner,

v.                              CIVIL ACTION NO. 5:24-cv-00743

F.C.I. BECKLEY WARDEN,

    Respondent.

**ORDER**

Pending are Petitioner Charva Feagin's Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 [Doc. 1] and Motion to Waive the Requirement to Exhaust Administrative Remedies [Doc. 2], both filed December 27, 2024. This action was previously referred to the Honorable Joseph K. Reeder, United States Magistrate Judge, for submission of proposed findings and a recommendation ("PF&R"). Magistrate Judge Reeder filed his PF&R on August 4, 2025. Magistrate Judge Reeder recommended that the Court deny Mr. Feagin's Motion to Waive the Requirements to Exhaust Administrative Remedies and his Section 2241 Petition and remove this matter from the docket.

The Court need not review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140 (1985); *see also* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations *to which objection is made*." (emphasis added)). Failure to file timely objections constitutes a waiver of de novo review and the Petitioner's right to appeal the Court's order. *See* 28 U.S.C. § 636(b)(1); *see also United States v. De Leon-*

*Ramirez*, 925 F.3d 177, 181 (4th Cir. 2019) (Parties may not typically "appeal a magistrate judge's findings that were not objected to below, as § 636(b) doesn't require de novo review absent objection."); *Snyder v. Ridenour*, 889 F.2d 1363, 1366 (4th Cir. 1989). Further, the Court need not conduct de novo review when a party "makes general and conclusory objections that do not direct the Court to a specific error in the magistrate's proposed findings and recommendations." *Orpiano v. Johnson*, 687 F.2d 44, 47 (4th Cir. 1982). Objections in this case were due on August 21, 2025. No objections were filed.

Accordingly, the Court **ADOPTS** the PF&R [**Doc. 13**], **DENIES** Mr. Feagin's Motion to Waive the Requirement to Exhaust Administrative Remedies [**Doc. 2**], **DENIES** Mr. Feagin's Section 2241 Petition for a Writ of Habeas Corpus [**Doc. 1**], and **REMOVES** this matter from the docket.

The Court directs the Clerk to transmit a copy of this Order to any counsel of record and any unrepresented party.

ENTER: September 10, 2025

Frank W. Volk
Chief United States District Judge